**Order entered February 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00967-CV

**SHORE CHAN DEPUMPO LLP AND EDWARD MANDEL, Appellants**

**V.**

**STEVEN W. THRASHER D/B/A THRASHER ASSOCIATES, L.L.C., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-10549**

## ORDER

Before the Court is appellants' February 24, 2015, agreed motion for extension of time to file appellants' reply brief. We **GRANT** the motion and **ORDER** appellants' file their reply brief no later than March 9, 2015 .

/s/    CRAIG STODDART
         JUSTICE